WEIST v. MORLOCK.

APPEAL—REVIEW ON FINDINGS—ASSIGNMENTS OF ERROR.

> Where a case is tried before the court without a jury, and no exceptions are taken to the findings of fact and law by the court, the only question that can be raised upon appeal is whether the findings support the judgment; and that question is not open for consideration unless it is made the basis of an assignment of error.

Error to Berrien; Coolidge, J. Submitted April 5, 1898. Decided April 19, 1898.

Trover by Sophia Weist, administratrix of the estate of Mary Breidinger, deceased, against Frank Morlock. From a judgment for plaintiff, defendant brings error. Affirmed.

*James O'Hara* and *Cassius M. Van Riper*, for appellant.

*Edward Bacon* and *George W. Bridgman*, for appellee.

GRANT, C. J. This case involves $300, and was tried before the court without a jury. The court made written findings of facts and law, to none of which were any exceptions taken. Several errors are assigned upon both. Under the repeated decisions of this court, the only question open for decision is whether the findings support the judgment. Upon this point there is no allegation of error,

and it is not argued in the brief. It is not, therefore, open for consideration. *Cook* v. *Burnett*, 83 Mich. 251. We have, however, examined the findings sufficiently to hold that they support the judgment.

Judgment affirmed.

The other Justices concurred.